# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STERN,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 1:24-cv-00064-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE HER CONSENT/REASSIGNMENT FORM AND MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 5) |

On January 12, 2024, Plaintiff, proceeding *in pro per* and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of her application for benefits. (*Id*.)

The Court entered a Scheduling Order on January 18, 2024, setting the deadline for Plaintiff to file the "Consent to Assignment or Request for Reassignment" form "within 90 days." (Doc. 5 at 1.) The Scheduling Order also set the deadline for Plaintiff to file her motion for summary judgment as "[w]ithin 30 days after service of the administrative record." (*Id*. at ¶ 3.) The administrative record was served electronically on March 12, 2024. (*See* Doc. 9.) Pursuant to the Scheduling Order, Plaintiff's motion for summary judgment was due **April 11, 2024**, and the "Consent to Assignment or Request for Reassignment" form was due **April 17, 2024**. To date, Plaintiff has failed to file and serve her motion and the "Consent to Assignment or Request for

Reassignment" form with the Court and on opposing counsel.  (*See* Docket.)  Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order.  (Doc. 5.)  Alternatively, Plaintiff may file the "Consent to Assignment or Request for Reassignment" form and her motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **May 14, 2024**, Plaintiff shall **either**:

    a. file a written response to this Order to Show Cause; **or**

    b. file the "Consent to Assignment or Request for Reassignment" form and a motion for summary judgment that conforms with the requirements set forth in the Scheduling Order.

**Failure to respond to this Order to Show Cause will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated:   **April 23, 2024**                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE